**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-60164**
**Summary Calendar**

**FRONA AUSBORN,**

**Plaintiff-Appellant,**

**VERSUS**

**GILMORE MEMORIAL HOSPITAL; PAT HOLLOWAY;**
**KATHY MCSHAN; CHARLES STEWART,**

**Defendants-Appellees.**

Appeal from the United States District Court
For the Northern District of Mississippi
(1:95-CV-352-D-D)

July 29, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Ausborn sued her former employer, Gilmore Memorial Hospital, under the Age Discrimination in Employment Act for Gilmore's refusal to rehire her after her employment was terminated in January 1995 because she refused to continue to serve as "on call

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

recovery room nurse" in the hospital.  Gilmore moved for summary judgment and the district court granted such motion.  We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its Memorandum Opinion filed under date of February 24, 1997, we **AFFIRM** the Order granting Gilmore's Motion for Summary Judgment entered under date of February 24, 1997.

**AFFIRMED.**